**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Travis TILLIS, Defendant–Appellant.**

No. 02–21022.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Travis Tillis appeals his conviction following a guilty plea for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). Tillis argues that 18 U.S.C. § 922(g)(1) is an unconstitutional exercise of Congress's Commerce Clause power because the regulated activity does not substantially affect inter-

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

state commerce. Alternatively, he argues that his indictment was defective for failing to allege that his specific offense substantially affected interstate commerce and that the factual basis for his plea was insufficient because the evidence established only that the firearm had traveled across state lines at some unspecified point in the past.

Tillis raises his arguments solely to preserve them for possible Supreme Court review. As he acknowledges, his arguments are foreclosed by Fifth Circuit precedent. *See United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001), *cert. denied*, 534 U.S. 1150, 122 S.Ct. 1113, 151 L.Ed.2d 1007 (2002); *United States v. Gresham*, 118 F.3d 258, 264–65 (5th Cir. 1997); *United States v. Fitzhugh*, 984 F.2d 143, 145–46 (5th Cir.1993).

AFFIRMED.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.